# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

FARRIS PIERSON               )

                                  )

     v.                       )        **Case No. 3:25-cv-00877**

                                  )        **Trauger/Holmes**

RENAISSANCE LEARNING, INC.    )

## O R D E R

Defendant's motion for an extension of time to respond to the complaint (Docket Entry No. 13) is **GRANTED**. The Court sees no apparent reason to deny the request for an extension of time to respond, particularly given the extensions granted to Plaintiff for service of process, and Defendant is given an extension until **June 11, 2026**, to file a response to Plaintiff's complaint.[1]

**Any party objecting to** this Order must do so by filing a <u>motion for review</u> no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for the objection. *See* Rule 72.01(a) of the Local Rules of Court. Responses to the motion for review must be filed within fourteen (14) days of service of the motion for review. See Rule 72.01(b) of the Local Rules of Court.

It is **SO ORDERED**.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Pursuant to Local Rule 7.01(b), the Court has ruled on the motion prior to the time allowed for a response by Plaintiff.